# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DUPRE,** | : | **CIVIL ACTION NO. 1:04-CV-1960** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN ASHCROFT, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 14th day of June, 2005, upon consideration of defendants' motion (Doc. 15) to dismiss or for summary judgment, filed on April 12, 2005, and it appearing that plaintiff has not filed a brief in opposition to the motion (Doc. 15) as of the date of this order, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiff shall file a brief in opposition to the motion (Doc. 15) on or before June 27, 2005. Failure to comply with this order may result in the granting of the motion or dismissal of this case for failure to prosecute. See FED. R. CIV. P. 41(b).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge