# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL DUPRE,** | : | **CIVIL ACTION NO. 1:04-CV-1960** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JOHN ASHCROFT, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of July, 2005, upon consideration of the order of court (Doc. 19) directing plaintiff to file, on or before June 27, 2005, a brief in opposition to defendants' motion to dismiss or for summary judgment or risk the granting of the motions or dismissal of the above-captioned action for failure to prosecute, see FED. R. CIV. P. 41(b), and it appearing that, as of the date of this order, plaintiff has not filed a brief in opposition, it is hereby ORDERED that plaintiff shall, on or before August 1, 2005, file a response showing cause why the above-captioned action should not be dismissed for failure to prosecute. See FED. R. CIV. P. 41(b).

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge